■ JAKOB S. SCHAECHTER, Respondent, v REGENCY PROPERTIES, INC., Doing Business as REGENCY PROPERTIES-BETTER HOMES AND GARDENS, Defendant and Third-Party Plaintiff. BEN DI FIORE et al., Third-Party Defendants-Appellants. (Appeal No. 2.)—Judgment unanimously reversed, on the law and facts, without costs. Same memorandum as in *Schaechter v Regency Props.* ([Appeal No. 1], 115 AD2d 981). (Appeal from judgment of Supreme Court, Monroe County, Pine, J.—real estate commissions.) Present—Hancock, Jr., J. P., Callahan, Denman, Boomer and Schnepp, JJ.